IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARLENE ARKUS, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  4:10-cv-00394 |
| | § | |
| RICHARD J. BOUDREAU & | § | |
| ASSOCIATES, LLC | § | |
|     Defendant | § | |

## DEFENDANT'S NOTICE OF FILING INITIAL DISCLOSURES

Defendant hereby gives notice that it served all counsel of record with a copy of its Initial

Disclosures Pursuant to Rule 26(a)(1) on November 1, 2010.

Respectfully submitted,

ORLANDO & BRAUN, LLP

By: /s/ Monica Schulz Orlando
    MONICA SCHULZ ORLANDO
    TBA #00794436
    3401 Allen Parkway, Suite 101
    Houston, Texas 77019
    Tel 713.521.0800
    Fax 713.521.0842

ATTORNEYS FOR DEFENDANT,
RICHARD J. BOUDREAU & ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2010, a true and correct copy of
**Defendant's Notice of Filing Initial Disclosures** was served via electronic transmission through
CM/ECF to all counsel of record.

/s/ Monica Schulz Orlando
MONICA SCHULZ ORLANDO